██ JOHN T. WITMER, III, et al., Appellants-Respondents, v JAMES M. SMITH, Respondent-Appellant (Appeals from Judgment of Supreme Court, Erie County, Wolfgang, J.—Negligence.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.